IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WAYNE ROGERS, | No. C 02-1982 MMC (PR) |
| Petitioner, | **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| v. | |
| TOM L. CAREY, Warden, | |
| Respondent. | **(Docket No. 26)** |

Robert Wayne Rogers ("petitioner"), a California prisoner, proceeding pro so, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C § 2254. The petition was denied on its merits. Petitioner has filed a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner has not shown "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 120 S.Ct. 1595, 1604 (2000). Accordingly, the request for a certificate of appealability is DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

This order terminates Docket No. 26.

IT IS SO ORDERED.

DATED: February 6, 2006

MAXINE M. CHESNEY
United States District Judge

United States District Court
For the Northern District of California