**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   ROBERT WAYNE ROGERS,        )   No. C 02-1982 MMC (PR)
                                )
9            Petitioner,        )   **ORDER GRANTING MOTION FOR**
                                )   **RECONSIDERATION; DENYING**
10       v.                     )   **REQUEST FOR CERTIFICATE OF**
                                )   **APPEALABILITY**
11   TOM L. CAREY, Warden,      )
                                )
12           Respondent.        )   **(Docket Nos. 28-31)**
     _____  )

13           Robert Wayne Rogers ("petitioner"), a California prisoner, proceeding pro so, filed
14   the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C § 2254.
15   The petition was denied on its merits.  Thereafter, petitioner filed a request for a certificate of
16   appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).
17   The request was denied.  Petitioner has filed a motion for reconsideration of the denial of his
18   request for a certificate of appealability.

19           Rule 60(b) provides for reconsideration where one or more of the following is shown:
20   (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence that
21   by due diligence could not have been discovered before the court's decision; (3) fraud by the
22   adverse party; (4) voiding of the judgment; (5) satisfaction of the judgment; (6) any other
23   reason justifying relief.  Fed. R. Civ. P. 60(b); School Dist. 1J v. ACandS Inc., 5 F.3d 1255,
24   1263 (9th Cir.1993).  Subparagraph (6) requires a showing that the grounds justifying relief
25   are extraordinary; mere dissatisfaction with the court's order or belief that the court is wrong
26   in its decision is not an adequate ground for relief.  See Twentieth Century - Fox Film Corp.
27   v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981).
28

1    In his motion for reconsideration, petitioner requests that the court consider additional

2  arguments not included in the original request for a certificate of appealability.  Petitioner

3  explains that he could not include such arguments in his original request because he was

4  suffering from severe back pain, a claim he substantiates with copies of his medical records.

5  Good cause appearing, the Court GRANTS petitioner's motion for reconsideration.

6    Upon reconsideration of petitioner's request for a certificate of appealability,

7  including the new arguments raised by petitioner, the Court concludes petitioner has not

8  shown "that reasonable jurists would find the district court's assessment of the constitutional

9  claims debatable or wrong."  Slack v. McDaniel, 120 S.Ct. 1595, 1604 (2000).  Accordingly,

10  the request for a certificate of appealability is, upon reconsideration, hereby DENIED.

11    The Clerk shall forward this order, along with any documents remaining in the case

12  file, including the motion for reconsideration and related documents, to the United States

13  Court of Appeals for the Ninth Circuit, from which petitioner also may seek a certificate of

14  appealability.  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

15    Petitioner's request to proceed in forma pauperis on appeal is GRANTED.

16  This order terminates Docket Nos. 28-31.

17  IT IS SO ORDERED.

18  DATED: March 13, 2006

19

20  MAXINE M. CHESNEY
    United States District Judge

21

22

23

24

25

26

27

28